UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YEKITA C. DIGGS,<br><br>Plaintiff,<br><br>v.<br><br>PRIME LENDING and CENLAR,<br><br>Defendants. | Case No. 24-cv-2429-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Yekita C. Diggs's filing captioned "Petition for Judicial Notice" (Doc. 10). Diggs asks the Court to take judicial notice of an unfiled document apparently titled "Challenge to Statute, Rules, and Jurisdiction" but does not articulate which statute or rule purportedly challenged. And although the Court must take judicial notice of an adjudicatory fact if a party asks and supplies the Court with "the necessary information," Fed. R. Evid. 201(c)(2), Diggs has not specified which fact Diggs asks the Court to judicially notice nor has Diggs provided the necessary information in support of the request.

**IT IS SO ORDERED.**
**DATED: December 2, 2024**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**