# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YEKITA C. DIGGS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:24-cv-2429-JPG |
| PRIME LENDING & CENLAR, | ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**DATED: January 21, 2025**

MONICA A. STUMP, Clerk of Court

By:   *s/Tina Gray*
      Deputy Clerk


**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE